# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2281

_____

Bruce C. Noble,              *
                             *
         Appellant,        *
                             *    Appeal from the United States
     v.                        *    District Court for the
                             *    Southern District of Iowa.
Iowa Department of Corrections, Sued   *
as: The State Iowa Department of      *    [UNPUBLISHED]
Corrections,                *
                             *
         Appellee.         *

_____

Submitted: February 6, 2004

Filed: March 16, 2004

_____

Before BYE, McMILLIAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Bruce C. Noble appeals the district court's[1] judgment entered upon an adverse jury verdict in his employment-discrimination action. Noble has not provided a complete trial transcript, but he raises issues concerning his religious reservations about taking an oath before testifying, his belief that he did not have an opportunity

_____

[1]The Honorable Robert W. Pratt, United States District Court for the Southern District of Iowa.

to present rebuttal testimony because the trial was "rushed," and his view that a defense witness lied at trial.

We have carefully reviewed the record before us, as well as the parties' submissions on appeal, and we conclude that Noble's contentions do not provide a basis for reversal.  See TRI, Inc. v. Boise Cascade Office Products, Inc., 315 F.3d 915, 920 (8th Cir.) (party must bring issue to district court's attention to preserve issue for appeal), cert. denied, 123 S. Ct. 2655 (2003); Briley v. Carlin, 172 F.3d 567, 571 (8th Cir. 1999) (declining to address arguments raised for first time on appeal); Kramer v. Logan County School District No. R-1, 157 F.3d 620, 624-25 (8th Cir. 1998) (appeals court does not lightly overturn jury verdict, and leaves credibility determinations to jury).

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____